In re Twilight Partnership; Cline, Frank X., Jr., Dr.; Cline, Frank X., Jr., Med. Corp.; Bailey, Myron B., Dr.; Bailey, Myron, III, Minority Tr.; Country Lake, Inc.; Nawas, Rifat M., Dr.; Gavioli, R. Louis, Dr.; Bailey, Sidney L., Dr.; Brown, Douglas C., Dr.; Achnacary, Inc.; — Defendant(s); applying for writ of certiorari and/or review, supervisory, remedial, mandamus and prohibition; Parish of Ouachita, 4th Judicial District Court, Div. “B”, No. 97-1458; to the Court of Appeal, Second Circuit, No. S0331-CW.
*1178 Granted. Remanded to court of appeal for briefing, argument and opinion.
LEMMON, J., not on panel.